IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TRACEY WATKINS; et al.,        )
                               )
    Plaintiffs,                )
                               )      CIVIL ACTION NO.
    v.                         )        2:25cv620-MHT
                               )            (WO)
EASY STEP ENTERPRISES, LLC     )
d/b/a The Good Feet Store,     )
                               )
    Defendant.                 )
```

## ORDER

In light of the filing of the amended complaint (Doc. 21), it is ORDERED that defendant's motion to dismiss plaintiff Tracey Watkins's Title VII claims (Doc. 13) is denied with leave to renew.

DONE, this the 19th day of February, 2026.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE